IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. W-99-CR-70(1) |
| | § | CIVIL NO. 04-CV-163 |
| CHRISTOPHER ANDRE VIALVA. | § | DEATH PENALTY CASE |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Christopher Andre Vialva, by and through the undersigned counsel, hereby appeals

to the United States Court of Appeals for the Fifth Circuit from the Order[1] and Judgment[2]

denying his *Motion to Vacate, Alter, or Amend Judgment*[3], entered September 28, 2012, and

the Order[4] denying his *Motion to Alter or Amend Judgment*[5] and his *Motion to Reconsider*

*Denial of Motion for Discovery and of Motion for Evidentiary Hearing*[6], entered February

8, 2013, and from each and every subsidiary adverse ruling and finding forming the bases for

said orders.

---

[1]Doc. 449.

[2]Doc. 450.

[3]Doc. 372.

[4]Doc. 473.

[5]Doc. 454.

[6]Doc. 455.

Case 6:99-cr-00070-WSS   Document 476   Filed 04/08/13   Page 2 of 3

Counsel was appointed initially pursuant the provisions of the Criminal Justice Act, Title 18, United States Code, Section 3006A[7]. Mr. Vialva remains indigent and financially unable to obtain adequate representation and other reasonably necessary services. Continued appointment of counsel is authorized pursuant Title 18, United States Code, Section 3599 and this appeal should proceed *in forma pauperis,* pursuant Rule 24(a)(3), Federal Rules of Appellate Procedure.

Respectfully submitted,

/*Susan M. Otto*

SUSAN M. OTTO
Oklahoma Bar Association # 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
Electronic mail:  Susan_Otto@fd.org

JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 713 861-4004
Electronic mail: jptyler@tylerlawfirm.org

COUNSEL FOR DEFENDANT/MOVANT
CHRISTOPHER ANDRE VIALVA

---

[7]Doc. 355 (08/18/2003).

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Frazier
Assistant United States Attorney Western District of Texas
800 Franklin, Suite 280
Waco, Texas 76701
Counsel for Plaintiff/Respondent United States of America;

Robert C. Owen
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street
Austin, Texas 78704; and

John Carpenter
Assistant Federal Public Defender Western District of Washington
1331 West Broadway  Suite 400
Tacoma, Washington  98402
Counsel for Brandon Bernard.


/Susan M. Otto
SUSAN M. OTTO