**CLOSED**

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
### CIVIL DOCKET FOR CASE #: 6:04-cv-00163-WSS

Vialva v. United States
Assigned to: Judge Walter S. Smith
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: Waco Crim# , W-99-CR-70(1)
Cause: 28:2255 Motion to Vacate / Correct Illegal
Sentenc

Date Filed: 6/14/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate
Sentence
Jurisdiction: U.S. Government
Defendant

**Petitioner**
----------------------

**Christopher Andre Vialva**          represented by  **Lisa S. McCalmont**
8400 Alameda Drive
Norman, OK 73026
(405) 573-3223
Fax: 405/573-3223
Email: lsmccal@swbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Otto**
Federal Public Defender Western
District of Oklahoma
215 Dean A. McGee
Suite 109
Oklahoma City, OK 73102
(405) 609-5930
Fax: 405/609-5932
Email: susan_otto@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

----------------------

**United States of America**              represented by **Mark Frazier**
U.S. Attorney's Office
800 Franklin
Suite 280
Waco, TX 76701
(254) 750-1580
Fax: 254/750-6664
Email: Mark.Frazier@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 6/14/2004 | | Case assigned to Honorable Walter S. Smith (as) (Entered: 6/15/2004) |
| 6/14/2004 | | Motion by Christopher Andre Vialva to vacate under 28 U.S.C 2255 [Redacted] (as) (Entered: 6/15/2004) |
| 10/26/2012 | 1<br>1<br>1 | MOTION to Amend Judgment by Christopher Andre Vialva. (Attachments: # (1) Exhibit 1 - Judicial Milestones, # (2) Exhibit 2 - Judges Biographical List)(Otto, Susan) (Entered: 10/26/2012) |
| 10/26/2012 | 2 | MOTION for Reconsideration *of Denial of Motion for Discovery and of Motion for Evidentiary Hearing and Brief in Support* by Christopher Andre Vialva. (Otto, Susan) (Entered: 10/26/2012) |