No. 13-70016

_____

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

United States of America,
*Respondent-Appellee*

v.

Christopher Andre Vialva,
*Movant-Appellant*

_____

On Appeal from the United States District Court for the
Western District of Texas, Waco Division
Crim. Action No. 6:99-cr-00070

_____

**DEATH PENALTY CASE**

_____

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE MOVANT-APPELLANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY**

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Movant-Appellant Christopher Vialva, through counsel, respectfully requests an extension of time to file his application for certificate of appealability, from the current deadline of July 31, 2013, to August 28, 2013. One prior extension of thirty days has been granted.

Respondent-Appellee does not oppose further extension. Two counsel have been appointed to represent Mr. Vialva during the post conviction review of his federal capital prosecution.

Susan Otto is the Federal Public Defender for the Western District of Oklahoma. She is responsible for the management of a Trial Unit that serves the Western District and a Capital Habeas Unit that serves all three Federal Districts in Oklahoma. Budget and personnel issues related to sequestration have required immediate and extensive work. Based on the most current information from the Administrative Office of the United States Courts, the office is facing the loss of a significant percentage of the staff in the Trial and Capital Habeas Units. Efforts to avert this outcome and to formulate a strategic plan in the event of failure have required an extraordinary amount of time. The efforts are continuing on a local, Circuit-wide, and national level. Statistical reports, budget projections, narratives, and meetings with Judges and other stakeholders have been necessary. This process continues to evolve, making planning especially challenging. This work cannot be delegated to other staff.

Jared Tyler is a private solo practitioner who was appointed as co-counsel March 3, 2013, at the conclusion of proceedings in the federal district court. He replaced prior co-counsel who passed away during the pendency of the proceeding below. To adequately prepare to apply for appeal, it has been necessary for Mr. Tyler to review the entire trial and post-conviction record, which is substantial due to the capital nature of the proceeding. Mr. Tyler's unfamiliarity with the case at the time of appointment, in conjunction with the length of the record, the number of issues presented in Mr. Vialva's post-conviction motion to vacate, and the volume of evidence presented in support of the claims therein has rendered additional time necessary for counsel to provide adequate representation. Additionally, Mr. Tyler suffered an illness in June which required hospitalization for one week and caused him to be unable to work at all for a period of two weeks.

This extension request is sought in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

For these reasons, Movant-Appellant respectfully requests that the Court extend the deadline to file the application for certificate of appealability to August 28, 2013.

Respectfully submitted,

*s/ Jared Tyler*

_____

JARED TYLER
Texas Bar No. 24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas  77001
Telephone: 713 861-4004
Email: jptyler@tylerlawfirm.org

SUSAN M. OTTO
Oklahoma Bar # 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma  73102
Telephone: 405 609-5930
Telefacsimile: 405 609-5932

COUNSEL FOR MOVANT-
APPELLANT CHRISTOPHER
ANDRE VIALVA

## CERTIFICATE OF CONFERENCE

I certify that lead counsel Susan M. Otto conferred with Mr. Assistant United States Attorney Joseph Gay, counsel for Respondent-Appellee, regarding an extension of time. It is not opposed.

*/s Susan M. Otto*

_____

SUSAN M. OTTO

4

**CERTIFICATES OF SERVICE AND COMPLIANCE WITH ECF FILING
STANDARDS**

I certify that on July 15, 2013, the foregoing motion was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

Mr. Joseph H. Gay
Assistant United States Attorney
800 Franklin, Suite 280
Waco, Texas 76701
joseph.gay@usdoj.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1;  and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.


*/s Jared Tyler*
_____
JARED TYLER