# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70016   USA v. Christopher Vialva
    USDC No. 6:04-CV-163
    USDC No. 6:99-CR-70-1

The court has granted an extension of time to and including August 28, 2013 to comply with the certificate of appealability requirements.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        Monica R. Washington, Deputy Clerk
        504-310-7705

Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Jared Tyler