# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 13-70013

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BRANDON BERNARD,

Defendant - Appellant

CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, Waco

---

O R D E R:

IT IS ORDERED that the appellant's motions to recuse the Honorable Edith H. Jones from further participating in the appeals is *denied*,

_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE