# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 26, 2014

Mr. John Robert Carpenter
Federal Public Defender's Office
1331 Broadway
Suite 400
Tacoma, WA 98402-3410

Ms. Susan M. Otto
Federal Public Defender's Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102-0000

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Mr. Jared Tyler
Tyler Law Firm, P.L.L.C.
1910 State Street
Houston, TX 77007-0000

        No. 13-70016    USA v. Christopher Vialva
                        USDC No. 6:04-CV-163
                        USDC No. 6:99-CR-70-1

Dear Counsel,

You must submit the 20 paper copies of your rehearing en banc required by 5ᵀᴴ Cɪʀ. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc:  Mr. Joseph H. Gay Jr.
     Mr. Mark Randolph Stelmach